

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00345-CV


IN THE INTEREST OF N.F.A.,
MINOR CHILD


### NO. 02-13-00346-CV

IN THE INTEREST OF M.L.A. AND
A.S.A., THE CHILDREN


------------

### FROM THE 211TH DISTRICT COURT OF DENTON COUNTY

------------

## ORDER

------------

On the court's own motion, the above causes are hereby consolidated for purposes of all further proceedings in this court. Each cause shall continue to bear its respective case number.

The trial court clerk must file separate records bearing the individual case numbers.

FILE COPY

2

The reporter may file one record bearing both case numbers.

The clerk's and reporter's record are due **October 17, 2013**.

The clerk of this court is directed to transmit a copy of this order to the attorneys of record, the trial court judge, the trial court clerk, and the reporter.

DATED October 10, 2013.

PER CURIAM